# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr- _4/18_ |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MATHEW ASPATORE (ID#) 1752993 |
| vs. | |
| MATHEW ASPATORE, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MATHEW ASPATORE** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A, Thursday, 1/3/19 3:00 p.m., 3D, VCF _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 26, 2018

_____
UNITED STATES MAGISTRATE JUDGE

DAYLE ELIESON
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Nevada State Bar Number 10233
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr- 418 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MATHEW ASPATORE |
| vs. | (ID#) 1752993 |
| MATHEW ASPATORE, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **MATHEW ASPATORE** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **MATHEW ASPATORE** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **MATHEW ASPATORE** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on \_\_\_\_ I/A, Thursday, 1/3/19 _____, at the hour
3:00 p.m., 3D, VCF
of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **MATHEW ASPATORE** before the United States District Court on or about _____ I/A, Thursday, 1/3/19 _____, at the hour of 3:00 p.m.,
3:00 p.m., 3D, VCF

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **MATHEW ASPATORE** before the United States District Court on or about _____ I/A, Thursday, 1/3/19 3:00 p.m., 3D, VCF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 26th day of December, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2