# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff(s),<br>v.<br>MATHEW ASPATORE,<br>　　　Defendant(s). | Case No.: 2:18-cr-00418-RFB-NJK<br><br>**ORDER** |

On July 10, 2020, Assistant United States Attorney Brett Ruff emailed the undersigned's law clerks to advise them that he does not believe the undersigned's standing order is implicated with respect to a pending motion and as to the timeframe in which he intends to respond to that motion. That email is attached hereto for the record with the law clerk information redacted.

Mr. Ruff is hereby **ADMONISHED** as he is not permitted to contact chambers staff regarding pending motions in this fashion. The local rules could not be clearer. Except in a limited circumstance not applicable here,

> an attorney . . . must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed on the docket and served on all other attorneys and pro se parties.

Local Rule IA 7-1(b). The Government is most assuredly not immune from the rules that apply to all litigants in this courthouse. *See, e.g.*, Local Rule IA 1-2 (making this section of the local rules applicable to "all actions and proceedings"). Mr. Ruff must immediately cease case-related

1

email correspondence. **Future violations of this rule may result in the imposition of personal sanctions on Mr. Ruff.** Local Rule IA 11-8(c).[1]

IT IS SO ORDERED.

Dated: July 10, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] Had Mr. Ruff read the opening lines of the undersigned's standing order, it would have been abundantly clear that the undersigned's standing order is entirely inapplicable to the pending motion because the undersigned did not detain Defendant. *Compare* Criminal Case Standing Order at 1 ("This order applies to every open criminal case in which the undersigned ordered a Defendant to be detained and that Defendant remains in custody awaiting trial. It further applies to any such situated Defendant in a criminal case assigned to the undersigned who was detained by a now-retired magistrate judge. This order does not apply to any other Defendant.") *with* Docket No. 14 (order of detention entered by United States Magistrate Judge Cam Ferenbach).

2

| | |
|---|---|
| **From:** | Ruff, Brett (USANV) <Brett.Ruff@usdoj.gov> |
| **Sent:** | Friday, July 10, 2020 9:04 AM |
| **To:** | |
| **Cc:** | mlevy_wmllawlv.com |
| **Subject:** | FW: Activity in Case 2:18-cr-00418-RFB-NJK USA v. Aspatore Motion to Reopen Detention Hearing |

Good morning,

The below Motion to Reopen Detention Hearing was filed yesterday in one Judge Koppe's matters. The government has reviewed the motion, and we write to advise that it does not appear to fall within the scope of motions governed by Judge Koppe's COVID-19 Standing Order. That is, it does not appear to be "any request to reopen a detention hearing on the basis of the physical and mental condition of the accused that is filed in the cases identified above, or for any request for temporary release due to compelling reasons for such release." We therefore intend to file our response within the traditional 14-day timeframe, rather than the abbreviated timeframe applicable to COVID-19 motions.

Thank you,

**Brett C. Ruff**
**Assistant United States Attorney**
United States Attorney's Office, District of Nevada
501 Las Vegas Blvd. S, Suite 1100 | Las Vegas, NV 89101
p: 702-388-6519 | brett.ruff@usdoj.gov

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Thursday, July 9, 2020 1:08 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:18-cr-00418-RFB-NJK USA v. Aspatore Motion to Reopen Detention Hearing


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Levy, Monti on 7/9/2020 at 1:07 PM PDT and filed on 7/9/2020

1

**Case Name:** USA v. Aspatore
**Case Number:** 2:18-cr-00418-RFB-NJK
**Filer:** Dft No. 1 - Mathew Aspatore
**Document Number:** 49

**Docket Text:**
**MOTION to Reopen Detention Hearing by Mathew Aspatore. (Levy, Monti)**

**2:18-cr-00418-RFB-NJK-1 Notice has been electronically mailed to:**

Brett Ruff   brett.ruff@usdoj.gov, amy.bondi@usdoj.gov, caseview.ecf@usdoj.gov

Christopher Chiou   christopher.chiou@usdoj.gov, bernadette.almeida@usdoj.gov, CaseView.ECF@usdoj.gov

Monti J. Levy   mlevy@wmllawlv.com, debbie@wmllawlv.com

Phillip N. Smith , Jr   phillip.smith@usdoj.gov, anjelica.vazquez@usdoj.gov, CaseView.ECF@usdoj.gov, mayumi.coffman@usdoj.gov

Rebecca Clinton   rebecca.clinton@usdoj.gov, mayumi.coffman@usdoj.gov

**2:18-cr-00418-RFB-NJK-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=7/9/2020] [FileNumber=9824625-0]
[a41ec229e0ed689a1ea0ebbf78ab24e6071407a34b5a6f1af8571f816087fecc34bc
bcdc58ad7d83e130bea731897a019e55a2daba3bab8bfef263c7aecc0bd2]]