MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
(Fax) 382-4800
Mlevy@wmllawlv.com
Attorneys for Defendant Aspatore

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00418-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| MATHEW ASPATORE, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through K. NICHOLAS PORTZ, Special Assistant United States Attorney; and Defendant MATHEW ASPATORE, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for August 18, 2022, at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Aspatorte's sentencing hearing.

2. Mr. Aspatore is undergoing treatment for a medical concern that needs to be completed before his sentencing.

3. The parties agree to the continuance. Mr. Aspatore is presently in custody and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the first request for a continuance of the sentencing hearing.

Dated this 17th day of August, 2022.

Respectfully submitted:

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Monti Jordana Levy*<br>MONTI JORDANA LEVY, ESQUIRE<br>Attorney for Defendant Aspatore | By */s/ K. Nicholas Portz*<br>K. NICHOLAS PORTZ<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MATHEW ASPATORE, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:18-CR-00418-RFB-NJK <br><br> **ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for August 18, 2022, at 11:00 a.m., be vacated and continued to  September 19 , 2022, at  1:00  p .m.

Dated:  August 17, 2022  .

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE