MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
(Fax) 382-4800
Mlevy@wmllawlv.com
Attorneys for Defendant Aspatore

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATHEW ASPATORE,<br><br>    Defendant. | CASE NO. 2:18-CR-00418-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through K. NICHOLAS PORTZ, Special Assistant United States Attorney; and Defendant MATHEW ASPATORE, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for September 20, 2022, at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Aspatorte's sentencing hearing.

2. The parties agree to the continuance. Mr. Aspatore is presently in custody and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the second request for a continuance of the sentencing hearing.

Dated this 8th day of September, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| By  */s/ Monti Jordana Levy* | By   */s/ K. Nicholas Portz* |
| MONTI JORDANA LEVY, ESQUIRE | K. NICHOLAS PORTZ |
| Attorney for Defendant Aspatore | Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 2:18-CR-00418-RFB-NJK |
| vs. ) | **ORDER** |
| MATHEW ASPATORE, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for September 20, 2022, at 11:00 a.m., be vacated and continued to November 7, 2022, 2022, at  9:00   a .m.

Dated:      September 8, 2022     .

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3