PROB 12B
(Rev 04/17)

# United States District Court

**for the**

**DISTRICT OF NEVADA**

**Request for Modifying the Conditions of Supervision**
**With Consent of the Person Under Supervision**
*(Probation Form 49, Waiver of Hearing, is Attached)*
**September 16, 2026**

Subject: MATHEW ASPATORE

Case No.:CR 2:18-00418RFB-NJK-01

Name of Sentencing Judicial Officer: The Honorable Richard F. Boulware, II
US District Judge

Original Offense: 18:922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm
18:922(g)(1) and 924(a)(2) -Felon in Possession of Ammunition

Date of Original Sentence: 11/18/2022

Original Sentence: 36 months of probation.

Current Term of Supervision Commenced: 02/05/2025

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

Special Condition No. 11 You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## STATEMENT OF FACTS

On November 18, 2022, Mr. Aspatore was sentenced to 3 years’ probation for the offenses of Felon in Possession of a Firearm and Felon in Possession of Ammunition. On February 5, 2025, he commenced probation in the District of Nevada after serving a term of imprisonment with the Nevada Department of Corrections for a separate matter.

As Your Honor may recall, Mr. Aspatore was subject to 365 days of Home Confinement with Location Monitoring (Home Detention - GPS). On February 10, 2026, he completed the Location Monitoring program with Senior United States Probation Officer Mummey. The next day, February 11, 2026, Mr. Aspatore's supervision was transferred to Officer

Warner. At this time, he was employed full-time with Nellis Auction and maintained stable housing with a local sober living residence in Las Vegas, NV.

Unfortunately, in May 2026, Mr. Aspatore was terminated from Nellis Auction. According to him, he was accused of thievery with a donated item. Mr. Aspatore denied the accusation. Weeks later, he reported he tore his Achilles while "dancing" and required surgery. Mr. Aspatore's therapist with Crossroads of Southern Nevada later advised the probation office he injured his Achilles at Electric Daisy Carnival (EDC) this same month. On May 28, 2026, he informed Officer Warner his Achilles surgery was a success.

On July 21, 2026, Mr. Aspatore reported he re-ruptured his Achilles and underwent an additional surgery this same day. For the court's information, since the beginning of 2026, Mr. Aspatore has failed to report to random urinalysis appointments with Clear Code Testing on 5 separate occasions. It should be noted that the probation office has been flexible with drug testing because of his injuries.

On September 10, 2026, Mr. Aspatore advised the probation office he was being evicted from his residence on September 12, 2026, due to lack of payment. Since his injuries required multiple surgeries, he has been unable to obtain employment. The probation office provided Mr. Aspatore with several resources for housing and encouraged him to contact his therapist at Crossroads. On September 11, 2026, Crossroads staff located him a bed at Shine a Light for the weekend. However, Mr. Asaptore declined and elected to go camping at Lee Canyon in Las Vegas, NV, instead.

On September 16, 2026, the probation office secured a bed for Mr. Aspatore at a local transitional living space. However, this resource is only temporary. The purpose of this correspondence is to request a modification of Mr. Aspatore's special conditions of probation. Specifically, the opportunity for him to reside at the Residential Reentry Center (RRC) for a period of up to 120 days. Officer Warner will continue to offer resources to Mr. Asaptore to assist him through this difficult time. In the event there is no other option, the probation office would like to have the RRC as an alternative living arrangement. Mr. Aspatore agrees with the proposed modification as evidenced by his signature on the attached waiver.

Should Your Honor have any questions or concerns, please contact Officer Warner at Zachary_warner@nvp.uscourts.gov or 702-378-0704.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2026

PROB 12B
(Rev 04/17)

Respectfully submitted by,

Zachary Warner
United States Probation Officer

Approved by:

Steve M Goldner
Supervisory United States Probation Officer

PROB 12B
(Rev 04/17)

## ORDER OF THE COURT

THE COURT ORDERS:

X The Modifications of Conditions as Recommended by the US Probation Officer

or

☐ No Action/Other

Considered and ordered this 22nd day of September, and ordered filed and made a part of the records in the above case.

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness ______________________
U.S. Probation Officer

Signed ______________________
Probationer or Supervised Releasee

09/16/26
Date